Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Myron Hale,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust,<br>does 1-6,<br><br>    Defendants. | CASE NO.: 2:22-cv-00132-JFW-Ex<br><br>**JUDGMENT** |

On March 21, 2022, this Court entered an order granting U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust's ("U.S. Bank Trust") motion to dismiss the complaint of Plaintiff Myron Hale ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. It is further ordered that judgment be entered in favor of U.S. Bank Trust and against Plaintiff as to each and every claim in this action, and that Plaintiff take nothing by way of his claim.

**IT IS SO ORDERED.**

Dated: March 24, 2022

                                                Hon. John F. Walter<br>                                                United States District Court Judge